Delmar Spears v. L. E. Holloway.

193 So. 771
Division A
Opinion Filed February 6, 1940

*Don Oliver* and *Evan Evans,* for Plaintiff in Error;

*E. W. & R. C. Davis, Carl Duncan* and *A. S. Herlong,* for Defendant in Error.

Per Curiam.—The record in this case has been examined and no error clearly appears; therefore, the judgment of the circuit court is—

Affirmed.

Terrell, C. J., and Buford and Thomas, J. J., concur.

Whitfield, P. J., concurs in opinion and judgment.

Justices Brown and Chapman not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.